1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Ricky Rios,<br><br>         Plaintiff,<br><br>   v.<br><br>Equifax Information Services, LLC;<br>JPMorgan Chase Bank, N.A.<br><br>         Defendant(s). | Case No.: 2:20-cv-00376-DSF-AGR<br><br>Hon. District Judge Dale S. Fischer<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**[No Hearing Required]**<br><br>Action Filed: January 14, 2020<br>Trial Date:   August 10, 2021 |

The Court having considered the *Stipulation to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiff* Ricky Rios and *defendant* JPMorgan Chase Bank, N.A. (collectively, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed as to all parties *with prejudice*.

**IT IS FURTHER ORDERED** that the Order Dismissing Case Due to Settlement dated July 24, 2020, Document Number 29, is hereby vacated.

**IT IS FURTHER ORDERED** that the Parties shall bear their own fees and costs, including all attorneys' fees, incurred in connection with this action;

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

IT IS SO ORDERED.

DATED: September 28, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE